NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**IMPOSSIBLE FOODS INC.,**
*Appellant*

**v.**

**MOTIF FOODWORKS, INC.,**
*Cross-Appellant*

———————————————

2024-2217

———————————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00206.

———————————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2                IMPOSSIBLE FOODS INC. V. MOTIF FOODWORKS, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

October 17, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 17, 2024